

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CARLOS PERLAZA-MOSQUERA,
   a/k/a "Don Carlos",
NELSON RUBIEL CANAR-VALENCIA,
   a/k/a "Osama",
JOSE FREDDY MEDINA-VALENCIA,
   a/k/a "El Indio",
WILLIAM ABAD-SAAVEDRA,
GUSTAVO TEMOCHE-PINGO,
PERCY JACINTO-SANCHEZ, and
CARLOS ASPRILLA JAEN,
   a/k/a "El Negro"

CASE NO. 8:07-CR-439-T-30MAP

46 U.S.C. §§ 70503(a) and 70506(a), (b)
21 U.S.C. §§ 963, 959, and 960(b)(1)(B)(ii)
18 U.S.C. §§ 2 and 3238

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

From an unknown date, which was no later than in or about 2005, through on or about the date of the instant superseding indictment, with the Middle District of Florida being the place at which the defendants will enter the United States,

CARLOS PERLAZA-MOSQUERA,
a/k/a "Don Carlos",
NELSON RUBIEL CANAR-VALENCIA,
a/k/a "Osama",
JOSE FREDDY MEDINA-VALENCIA,
a/k/a "El Indio",
WILLIAM ABAD-SAAVEDRA,
GUSTAVO TEMOCHE-PINGO,
PERCY JACINTO-SANCHEZ, and
CARLOS ASPRILLA JAEN,
a/k/a "El Negro",

the defendants herein, did knowingly, intentionally, and willfully combine, conspire, confederate, and agree with each other and with other persons, both known and

unknown to the Grand Jury, including persons who were on board a vessel subject to the jurisdiction of the United States and who entered the United States at a point in the Middle District of Florida, to possess with the intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a).

In violation of Title 46, United States Code, Section 70506(a) and (b); Title 21, United States Code, Section 960(b)(1)(B)(ii); and Title 18, United States Code, Section 3238.

## COUNT TWO

From an unknown date, which was no later than in or about February 2006, through on or about March 11, 2006, with the Middle District of Florida being the place at which the defendants will enter the United States,

> CARLOS PERLAZA-MOSQUERA,
> a/k/a "Don Carlos",
> NELSON RUBIEL CANAR-VALENCIA,
> a/k/a "Osama",
> JOSE FREDDY MEDINA-VALENCIA,
> a/k/a "El Indio",
> WILLIAM ABAD-SAAVEDRA,
> GUSTAVO TEMOCHE-PINGO,
> PERCY JACINTO-SANCHEZ, and
> CARLOS ASPRILLA JAEN,
> a/k/a "El Negro",

the defendants herein, did knowingly, intentionally, and willfully aid and abet each other and other persons, both known and unknown to the Grand Jury, including persons who were on board a vessel subject to the jurisdiction of the United States, and who entered the United States at a point in the Middle District of Florida, in knowingly, intentionally,

and willfully possessing with the intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, on board a vessel subject to the jurisdiction of the United States, a Schedule II controlled substance.

In violation of Title 46, United States Code, Sections 70503(a) and 70506(a); Title 21, United States Code, Section 960(b)(1)(B)(ii); and Title 18, United States Code, Sections 2 and 3238.

## COUNT THREE

From an unknown date, which was no later than in or about July 2006, through on or about August 5, 2006, with the Middle District of Florida being the place at which the defendants will enter the United States,

> CARLOS PERLAZA-MOSQUERA,
> a/k/a "Don Carlos",
> NELSON RUBIEL CANAR-VALENCIA,
> a/k/a "Osama",
> JOSE FREDDY MEDINA-VALENCIA,
> a/k/a "El Indio",
> WILLIAM ABAD-SAAVEDRA,
> GUSTAVO TEMOCHE-PINGO,
> PERCY JACINTO-SANCHEZ, and
> CARLOS ASPRILLA JAEN,
> a/k/a "El Negro",

the defendants herein, did knowingly, intentionally, and willfully aid and abet each other and other persons, both known and unknown to the Grand Jury, including persons who were on board a vessel subject to the jurisdiction of the United States, and who entered the United States at a point in the Middle District of Florida, in knowingly, intentionally, and willfully possessing with the intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, on board a vessel subject to the jurisdiction of the United States, a Schedule II controlled substance.

In violation of Title 46, United States Code, Sections 70503(a) and 70506(a); Title 21, United States Code, Section 960(b)(1)(B)(ii); and Title 18, United States Code, Sections 2 and 3238.

## COUNT FOUR

From an unknown date, which was no later than in or about 2005, through on or about the date of the instant superseding indictment, with the Middle District of Florida being the place at which the defendants will enter the United States,

> CARLOS PERLAZA-MOSQUERA,
> a/k/a "Don Carlos",
> NELSON RUBIEL CANAR-VALENCIA,
> a/k/a "Osama",
> JOSE FREDDY MEDINA-VALENCIA,
> a/k/a "El Indio",
> WILLIAM ABAD-SAAVEDRA,
> GUSTAVO TEMOCHE-PINGO,
> PERCY JACINTO-SANCHEZ, and
> CARLOS ASPRILLA JAEN,
> a/k/a "El Negro",

the defendants herein, did knowingly, intentionally, and willfully combine, conspire, confederate, and agree with each other and with other persons, both known and unknown to the Grand Jury, to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, knowing and intending that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959.

In violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B)(ii); and Title 18, United States Code, Section 3238.

## **FORFEITURE**

1. The allegations contained in Counts One, Two, Three, and Four of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 46, United States Code, Section 70507; Title 21, United States Code, Sections 853 and 881(a); and Title 28, United States Code, Section 2461(c).

2. From their engagement in any or all of the violations alleged in Counts One, Two, and Three of this Superseding Indictment, punishable by imprisonment for more than one year, which counts are realleged and incorporated as if more fully set forth herein,

CARLOS PERLAZA-MOSQUERA,<br>
a/k/a "Don Carlos",<br>
NELSON RUBIEL CANAR-VALENCIA,<br>
a/k/a "Osama",<br>
JOSE FREDDY MEDINA-VALENCIA,<br>
a/k/a "El Indio",<br>
WILLIAM ABAD-SAAVEDRA,<br>
GUSTAVO TEMOCHE-PINGO,<br>
PERCY JACINTO-SANCHEZ, and<br>
CARLOS ASPRILLA JAEN,<br>
a/k/a "El Negro",

the defendants herein, shall forfeit to the United States, pursuant to Title 46, United States Code, Section 70507; and Title 28, United States Code, Section 2461(c), all of their interest in any property subject to forfeiture pursuant to Title 21, United States Code, Section 881(a), including, but not limited to, the following:

    a. all conveyances, including aircraft, vehicles, or vessels, which are used, or are intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or

concealment of controlled substances or listed chemicals;

b. all books, records, and research, including formulas, microfilm, tapes, and data which are used, or intended for use, in violation of Subchapter I of Title 21, United States Code;

c. all moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of Subchapter I of Title 21, United States Code, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of Subchapter I of Title 21, United States Code;

d. all real property, including any right, title, and interest (including any leasehold interest) in the whole of any lot or tract of land and any appurtenances or improvements, which is used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of Subchapter I of Title 21, United States Code, punishable by more than one year's imprisonment; and

e. any firearm (as defined in Title 18, United States Code, Section 921) used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance and any proceeds traceable to such a controlled substance.

3. From their engagement in any or all of the violations alleged in Count Four of this Superseding Indictment, punishable by imprisonment for more than one year, which count is realleged and incorporated as if more fully set forth herein,

CARLOS PERLAZA-MOSQUERA,
a/k/a "Don Carlos",
NELSON RUBIEL CANAR-VALENCIA,
a/k/a "Osama",
JOSE FREDDY MEDINA-VALENCIA,
a/k/a "El Indio",
WILLIAM ABAD-SAAVEDRA,
GUSTAVO TEMOCHE-PINGO,
PERCY JACINTO-SANCHEZ, and
CARLOS ASPRILLA JAEN,
a/k/a "El Negro",

the defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all of their interest in:

    a. property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as the result of such violations; and

    b. property used and intended to be used in any manner or part to commit or to facilitate the commission of such violations.

4. If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

7

the United States shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

*/s/ Patricia Barfield*
FOREPERSON

ROBERT E. O'NEILL
United States Attorney

By: */s/ Christopher F. Murray*
CHRISTOPHER F. MURRAY
Assistant United States Attorney

By: */s/ Joseph K. Ruddy*
JOSEPH K. RUDDY
Assistant United States Attorney
Senior Deputy Chief, Narcotics Section

FORM OBD-34
APR 1991

No. 8:07-CR-439-T-30MAP

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

CARLOS PERLAZA-MOSQUERA,
a/k/a "Don Carlos",
NELSON RUBIEL CANAR-VALENCIA,
a/k/a "Osama",
JOSE FREDDY MEDINA-VALENCIA,
a/k/a "El Indio",
WILLIAM ABAD-SAAVEDRA,
GUSTAVO TEMOCHE-PINGO,
PERCY JACINTO-SANCHEZ,
and
CARLOS ASPRILLA-JAEN
a/k/a "El Negro"

## INDICTMENT

Violations:

46 U.S.C. §§ 70503(a), 70506(a) and 70506(b)
21 U.S.C. §§ 963, 959, and 960(b)(1)(B)(ii)

A true bill,

*Patricia Barfield*

Foreperson

Filed in open court this 28th day of November, A.D. 2007.

---

Clerk

Bail $_____

GPO 863 525

N:\_Criminal Cases\P\Perlaza-Mosquera, Carlos_2007R02489_cfm\F_Supserseding Indictment_Back.wpd