UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 8:07-CR-439-T-30MAP

CARLOS ASPRILLA-JAEN

**MOTION BY THE UNITED STATES FOR
REDUCTION IN SENTENCE
PURSUANT TO FED. R. CRIM. P. 35(b)**

The United States of America, by A. Lee Bentley, III, Acting United States Attorney for the Middle District of Florida, and pursuant to Fed. R. Crim. P. 35(b) and 18 U.S.C. § 3553(e), hereby moves for a sentence reduction for the above-referenced defendant and further states:

1. The defendant was sentenced on January 6, 2011, to 200 months imprisonment.

2. Since his sentencing, the defendant has continued to assist law enforcement, which assistance, the government views as substantial assistance. Specifically, the defendant recruited an authorized third party cooperator (TPC). The TPC, on behalf of the defendant, subsequently provided intelligence to law enforcement agents which led to the interdiction of two drug laden go-fast vessels by the United States. The defendant's own cooperation yielded the indictment, extradition, and successful prosecution by the United States of Guillermo Duero-Toledo, a/k/a "El Profe" ("Duero"). Until the defendant

proffered, law enforcement agents did not have Duero identified. He was known simply, up until that time, as "El Profe." The defendant provided Duero's name and photograph to agents. Duero ultimately pleaded guilty to a 21 U.S.C. § 963 (drug importation) conspiracy charge, knowing that the defendant would have been a witness against him at trial, if needed. The defendant also identified and provided information on at least ten other strategic international drug targets. While he was never called to testify, he agreed to testify if necessary, and was brought back to the Middle District of Florida for several months in case his testimony was needed.

      3.      Should the Court grant this motion, the government recommends an 8-level departure placing the defendant in a guideline range of 70-87 months.

      WHEREFORE, the government respectfully urges this Honorable Court to grant this motion, consistent with the above-noted recommendation.

Respectfully submitted,

A. LEE BENTLEY, III
Acting United States Attorney

By:   */s/ Christopher F. Murray*
CHRISTOPHER F. MURRAY
Assistant United States Attorney
AUSA No. 095
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6078
Facsimile: (813) 274-6125
E-mail: christopher.murray@usdoj.gov

U.S. v. CARLOS ASPRILLA0-JAEN         Case No. 8:10-cr-439-T-30MAP

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Darlene C. Barror, Esq.

*/s/ Christopher F. Murray*
CHRISTOPHER F. MURRAY
Assistant United States Attorney
AUSA No. 095
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:     (813) 274-6000
Facsimile:       (813) 274-6125
E-mail: christopher.murray@usdoj.gov